# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TERESA NAVE, CHRISTOPHER DUGGAN, KEVIN TAYLOR, and DEBRA DOYLE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TACO BELL OF AMERICA, INC., a Delaware corporation; TACO BELL CORP., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:10-cv-02222-OWW-DLB<br><br>**ORDER RE STIPULATION RE CONSOLIDATION** |

The Court has read and considered the Stipulation re Consolidation. The parties have agreed that this case should be consolidated with the *In re Taco Bell Wage and Hour Actions,* Case No. 1:07-cv-01314-OWW-DLB.

IT IS THEREFORE ORDERED:

1.   This case shall be consolidated with the *In re Taco Bell Wage and Hour Actions,* Case No. 1:07-cv-01314-OWW-DLB, pursuant to the June 9, 2009 Pretrial Order Regarding Consolidation of Pending Actions and Appointment of Initiative Legal Group LLP As Interim Lead Counsel issued in the *In re Taco Bell Wage and Hour Actions*.

IT IS SO ORDERED.

Dated:   **December 14, 2010**          /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE